UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
HAROLD SPENCER,

                Plaintiff,

-against-

THE CITY OF NEW YORK and
JOHN DOES 1-3,

                Defendants.
------------------------------------------------------X

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
14-CV-2186 (CBA) (JO)



AMON, Chief United States District Judge:

On June 15, 2015, defendants electronically filed a motion to dismiss the complaint with the Court in violation of Rule 3(D) of the Court's Individual Rules. Once the motion was fully briefed—on July 17, 2015—defendants again violated the Court's Individual Rules by failing to provide courtesy copies of their motion papers. See Rules 1(D), 3(D)(2). Defendants' failure to send courtesy copies is particularly striking in this case as their motion relies on video footage that has not been provided to the Court. (See Jacobs Ex. A (photocopy of the front of the disc containing the video footage).)

Over the last few weeks, Chambers has repeatedly attempted to contact defendants' counsel and has left no fewer than three voice messages. Counsel has not returned those calls. Therefore, the Court directs defendants' counsel to provide copies of the motion papers by no later than September 14, 2015 or defendants' motion will be deemed abandoned.

SO ORDERED.

Dated: September 9, 2015
       Brooklyn, New York

s/Carol Bagley Amon

_____
Carol Bagley Amon
Chief United States District Judge